Prob 12D
(12/05)

Page 1

SD/FL PACTS # 79033

UNITED STATES DISTRICT COURT

for

SOUTHERN DISTRICT OF FLORIDA

**Request for Summons and
Modification of the Conditions or Term of Supervision**

Name of Offender: Stephen Jordi                            Case Number: 0:03CR60259-COHN

Name of Sentencing Judicial Officer: The Honorable James I. Cohn United States District Judge, Southern District of Florida, Fort Lauderdale Division.

Date of Original Sentence:    July 8, 2004

Original Offense:     Attempted Arson, 18 USC §844 (i), a Class B felony.

Original Sentence:    60 months custody, followed by five years of supervised release. Special conditions: 1) The defendant shall participate in an approved inpatient/outpatient mental health treatment program, as directed by the US Probation Office. 2) The defendant shall provide complete access to financial information. 3) The defendant shall maintain full-time legitimate employment and not be unemployed for a term of more than 30 days. 4) The defendant shall obtain prior written approval from the US Probation Officer before entering into any self-employment. A $100.00 special assessment.

Amended Sentence:    On October 21, 2005, the defendant's sentence was amended to 60 months custody followed by five years of supervised release. Special conditions: 1) The defendant shall maintain full-time legitimate employment and not be unemployed for a term of more than 30 days 2) The defendant shall participate in an approved inpatient/outpatient mental health treatment program, as directed by the US Probation Office. 3) The defendant shall provide complete access to financial information. 4) The defendant shall obtain prior written approval from the US Probation Officer before entering into any self-employment. A $100.00 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: August 8, 2012

---

**PETITIONING THE COURT**

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

Prob 12D
(12/05)

Page 2

The defendant shall not access the internet for the purpose of reading, posting, communicating, or reviewing information involving the provision of reproductive health services, including pregnancy termination.

The defendant shall stay at least 1000 feet away from any facility known by the defendant to provide reproductive health care including pregnancy termination services.

The defendant shall have no direct or indirect contact with anyone known by the defendant to provide reproductive health care services to include, pregnancy termination or any staff members of such an individual.

The defendant shall not affiliate or associate with any organization advocating violence, harassment, protests or acts of disobedience involving the provision of reproductive health services, including abortion.

The defendant shall not possess contraband, literature, propaganda, pamphlets or other materials relating to the provision of reproductive health services, including abortion.

The defendant shall permit the United States Probation Officer to search his personal possessions for, and to confiscate, any contraband, literature, propaganda, or other materials relating to the provision of reproductive health services, including abortion.

The defendant shall not write, state, or communicate threats to anyone.

The defendant shall have no contact with his ex-wife, Charlotte Jordi without first securing permission from the United States Probation Officer.

The defendant shall submit to the U.S. Probation Officer conducting periodic unannounced searches of the defendant's person, property, house, residence, vehicles, papers, computer(s), other electronic communication or data storage devices or media, include retrieval and copying of all data from the computer(s) and any internal or external peripherals and effects at any time, with or without warrant by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervised release. The search may include the retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with other supervision conditions and/or removal of such equipment for the purpose of conducting a more thorough inspection; and to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

According to the information contained in the instant offense, the defendant planned to bomb abortion clinics. The defendant and a cooperating witness met on several occasions to discuss plans to blow up abortion clinics, apostate churches and "gay bars". The defendant spent time learning how to make bombs and planning his crime.

The defendant actively conducted surveillance at several South Florida abortion clinics in order to examine security and escape routes after a possible bomb/arson attack. Security at the clinics and

possible entry points for explosives, dynamite or flammable liquids were also discussed during these surveillance. Additionally, the defendant purchased the items needed to build a bomb.

While incarcerated the defendant maintained contact with the members of the Army of God. The defendant is a member of the Army of God. A review of the Army of God website conducted by this officer reveals the Army of God advocates for individuals who murder doctors who perform abortions. Additionally. Wikipedia defines the Army of God as a Christian terrorist anti-abortion organizations that sanctions the use of force to combat abortion in the United States. Several other web sites identify the Army of God Organization as a terrorists organization who uses violence to spread its anti abortion message.

The defendant maintained contact with numerous members of the Army of God by means of mail. The defendant showed this officer a letter from Pastor Donald Spitz with the Army of God. Pastor Donald appears to be their leader. Additionally, the defendant is currently listed on the Army of God web page. During the earlier part of August, 2012, while still residing at the Residential Reentry Center, the defendant's name was still listed on their website and where to send the letters to Pastor Spitz. The website has also been updated reflecting the defendant has been released.

## PETITIONING THE COURT

**Recommendation**: In order to facilitate effective supervision, additional special conditions are needed to minimize risk to the community. As the offender has not waive his right to a hearing before the Court, the probation officer requests a summons be issued and a hearing be held to modify the conditions of supervision as requested above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2012

Betty Menendez-Aponte
U.S. Probation Officer
(305) 523-5317

THE COURT ORDERS:

☐ No action.
☒ The issuance of a summons.
☐ Other: _____

Signature of Judicial Officer

9/18/12
Date